# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5174

_____

SELVIN E. SHAW,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

June 5, 2018

PER CURIAM.

The petition for belated appeal is denied on the merits.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Selvin E. Shaw, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.